**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JORGE LOPEZ MORENO, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**MARKWAYNE MULLIN,**<br>*in his official capacity as Secretary of Homeland Security*, ***et al.*,**<br><br>**Defendants.** | ) | **Case No. 26-cv-2538 (APM)** |

**ORDER TO SHOW CAUSE**

Plaintiffs filed this civil action on July 20, 2026. Plaintiffs are responsible for timely service of a summons and copy of the complaint, *see* Fed. R. Civ. P. 4(c), and, unless service is waived, plaintiff must file proof of service with the court, *see* Fed. R. Civ. P. 4(l). It does not appear from the record that service has been effected. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

The 90-day period will end on October 19, 2026. Accordingly, on or before that date, Plaintiff shall show cause why this case should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) and Local Civil Rule 83.23 for failure to prosecute. Plaintiff may avoid dismissal of this action either by serving Defendant no later than October 19, 2026, or by seeking additional time under Rule 4(m).

Dated: October 6, 2026

Amit P. Mehta
United States District Judge